IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE § No. 59, 2018
PETITION OF IBE LYLES FOR A §
WRIT OF PROHIBITION §

Submitted: May 30, 2018
Decided: June 4, 2018

## ORDER

On May 7, 2018, the Office of the Clerk issued a notice, by certified mail, directing the petitioner, Ibe Lyles, to show cause why his petition for a writ of prohibition should not be dismissed as moot because, after filing his petition, Lyles pleaded guilty in the underlying Superior Court action.[*] Lyles received the notice to show cause on May 18, 2018 and has not responded to the notice within the required ten-day period. Dismissal of the petition is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the petition for a writ of prohibition is DISMISSED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Justice

---

[*] *State v. Lyles*, Del. Super., Cr. ID No. 1708008011.